IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RONALD MOBLEY,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § § | Civil Action No. 4:23-cv-00136-O |
| **CIG LOGISTICS LLC and CONTINENTAL INTERMODAL GROUP – TRUCKING LLC,** | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice**.

2. All claims and causes of action in the above referenced case are hereby **DISMISSED with prejudice** to the refiling of the same.

3. Each party shall bear its own taxable costs and expenses, including any attorney's fees.

**SO ORDERED** this **27th day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE